**Kathryne M. GLOVER, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**George H. GLOVER and Kathryne M. Glover, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**George H. GLOVER, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 12874–12876.

United States Court of Appeals
Sixth Circuit.

Dec. 18, 1956.

George L. Cassidy and William C. Loud, Detroit, Mich., for petitioners.

Charles K. Rice and Lee A. Jackson, Washington, D. C., for respondent.

PER CURIAM.

Stipulation having been made by the parties through their respective counsel

that the petitions for review in the above-entitled causes be dismissed with prejudice and with each party hearing his own costs, it is hereby

Ordered, that the petitions for review of a decision of the Tax Court of the United States in the above-entitled causes be dismissed with prejudice and with each party bearing his own costs.